B 3A (Official Form 3A) (12/07) - Cont.

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

In re  Dudley, Timothy, L.                    ,                       Case No.  13 B 39472
         Debtor

                                                                      Chapter    7

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐  IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☑  IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ __76.50__    Check one  ☐ With the filing of the petition, or
                          ☑ On or before __11/1/13__

$ __76.50__    on or before __11/29/13__

$ __76.50__    on or before __12/30/13__

$ __76.50__    on or before __01/29/14__

☐  IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: __OCT 17 2013__

_____
United States Bankruptcy Judge